# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

WILLIAM DANIEL PEYATT,

               Petitioner,          :     Case No. 2:21-cv-5141

   - vs -                            District Judge James L. Graham
                                   Magistrate Judge Michael R. Merz

WARDEN, Belmont Correctional
  Institution,

                                :
               Respondent.

---

# TRANSFER ORDER

---

With the consent of both of them, the Magistrate Judge reference in the above-captioned habeas corpus case is hereby transferred from the Honorable Kimberly A. Jolson to The Honorable Michael R. Merz.

July 6, 2022.

                                      s/ *Michael R. Merz*
                                  United States Magistrate Judge